## Commonwealth *v.* Brabham, Appellant.

Argued September 9, 1969. *Anthony J. DeFino,* with him *Mirarchi, DeFino & Coppolino,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.